IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02990-WJM-MJW

MARK GODETTE, an individual resident of the State of Colorado,

Plaintiff,

v.

CENTENNIAL INSURANCE AGENCY, LLC, a Colorado limited liability company,
TOM RATZLAFF, and
MARK SWANSON, individual residents of the State of Colorado,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Parties' Unopposed Motion for Protective Order (docket no. 18) is GRANTED.  The written Protective Order (docket no. 18-1) is APPROVED and made an Order of Court.

Date:  May 19, 2011